# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **TOTAL QUALITY LOGISTICS, LLC,** | Case No.: 1:20-cv-00671-TSB |
| **Plaintiff,** | United States District Judge Timothy S. Black |
| vs. | United States Magistrate Judge Stephanie Stephanie K. Bowman |
| **BRETT N. BRYANT, et al.,** | |
| **Defendants.** | |

## AGREED TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

This matter came before the Court on the Motion of Plaintiff Total Quality Logistics, LLC ("TQL") for Temporary Restraining Order and Preliminary Injunction. The parties have advised the Court that to cooperatively attempt to resolve this action, they have agreed to subject themselves to and to fully abide by the following terms of a temporary restraining order and preliminary injunction ("Injunction"). The Injunction shall remain in effect and shall not expire until the conclusion of the trial on the merits of this action, or unless otherwise ordered by this Court. Upon agreement of the parties and for good cause shown, the Court enters the following Agreed Temporary Restraining Order and Preliminary Injunction:

Defendants Nicholas E. Bryant, Brett N. Bryant, R-Express, LLC (DBA R-Express International) ("R-Express"), and Global Link Logistics, Inc. ("Global") (and their agents, servants, employees, and attorneys, and all persons in active concert and participation with them) (collectively "Defendants") are restrained and enjoined as follows:

(1) Defendants are prohibited and enjoined from maintaining, accessing, using, disseminating, disclosing, communicating, or otherwise distributing any TQL trade secrets or confidential information, including but not limited to information related to any TQL customer, TQL's pricing, information about bids for loads, TQL's margins, and any other TQL information received from or through Brett N. Bryant;

(2) Brett N. Bryant is restrained and enjoined from violating his Employee Non-Compete, Confidentiality, and Non-Solicitation Agreement, attached to TQL's Verified Complaint as Exhibit 1;

(3) Nicholas E. Bryant, R-Express and Global, and their respective employees, contractors, agents and owners, shall not communicate with Brett N. Bryant by any means for the purpose of conducting any transportation business. Brett N. Bryant shall not communicate with Nicholas E. Bryant, R-Express and Global, and their respective employees, contractors, agents and owners, by any means for the purpose of conducting any transportation business.

(4) Nicholas E. Bryant, R-Express and Global, and their respective employees, contractors, agents and owners, shall not encourage, facilitate, or enable Brett N. Bryant to violate his Employee Non-Compete, Confidentiality, and Non-Solicitation Agreement with TQL.

(5) Defendants and their respective employees, contractors, agents and owners, shall take no action designed to interfere with TQL's business relationships with its customers or carriers.

(6) A bond is waived.

IT IS SO ORDERED.

                                                *s/Timothy S. Black*
                                                United States District Judge

AGREEED TO:

*/s/ Nicholas J. Pieczonka*
Nicholas J. Pieczonka (0087062)
Medora M. Akers (0096419)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
npieczonka@taftlaw.com
makers@taftlaw.com

*Attorneys for Plaintiff Total Quality Logistics, LLC*

*/s/ Robert Frederick Sheil, III*
Robert Frederick Sheil, III (0038447)
J. Arthur Sheil (0088110)
J. ARTHUR SHEIL & ASSOCIATES LLC
4030 Mt. Carmel-Tobasco Road, Suite 311
Cincinnati, OH 45255
Phone: (513) 474-6666
Fax: (513) 297-9299
j.a.sheil.esq@gmail.com

*Attorneys for Defendants R-Express, LLC*
*(DBA R-Express International),*
*Global Link Logistics, LLC,*
*Brett N. Bryant, and*
*Nicholas E. Bryant*